**No. 56785.**—Judson Sheldon Division National Carloading Corp. *v.* United States, protest 183254–K (New York).

Opinion by COLE, J.   An examination of the official record disclosing no reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.